ORIGINAL

D & F
C/M

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
2149-57 31ST STREET CORPORATION and
GEORGE ALIKAKOS,

                Plaintiffs,

-against-

BIG M, INC. and MANDEE SHOP ASTORIA,
INC.,

                Defendants.
-----------------------------------------------------------x

**MEMORANDUM AND ORDER**
No. 05-CV-3443 (FB) (KAM)

*Appearances:*

*For the Plaintiffs:*
SANTO GOLINO, ESQ.
Law Offices of Santo Golino
46 Triniti Place
New York, New York 10006

*For the Defendants:*
MARTIN WILLIAM SCHERER, ESQ.
Siller Wilk LLP
675 Third Avenue
New York, New York 10017

**BLOCK, Senior District Judge:**

        On August 22, 2006, the Court requested that the parties brief whether the Court has diversity jurisdiction in this case. On June 20, 2007, defendants submitted a Certificate of Merger, establishing that named defendant Mandee Shop-Astoria, a New York corporation, was merged into Big M, Inc.-New York, another New York corporation, on July 31, 1986. *See* Docket No. 29, Ex. 2. On August 17, 2007, defendants submitted a second Certificate of Merger, certifying that, on December 30, 1986, Big M Inc.-New York was merged into Big M, Inc.-New Jersey ("Big M., Inc."), a New Jersey corporation. *See* Docket No. 32. As defendant Big M., Inc., the only surviving corporation, is a New Jersey corporation and plaintiffs are New York residents, the Court has diversity jurisdiction.

**SO ORDERED.**

s/Frederic Block
_____
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
August 17, 2007